JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-02103-SSS-DTBx | Date | October 14, 2025 |
| Title | E. G. v. Polaris Industries Inc. et al. | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:** **(IN CHAMBERS) ORDER REMANDING ACTION TO SUPERIOR COURT OF CALIFORNIA, SAN BERNARDINO COUNTY [DKT. NO. 14]**

On October 1, 2025, the parties filed a joint stipulation to remand Plaintiff's First Amended Complaint and to vacate all Rule 26-related Deadlines. [Dkt. No. 14, "Stipulation]. After reviewing the parties' Stipulation, the Court hereby **GRANTS** the Stipulation, which indicates that Plaintiff intends to amend her complaint such that it would divest the Court of subject matter jurisdiction.

Accordingly, the case shall be **REMANDED** to the Superior Court of California for County of San Bernardino, and all deadlines related to Federal Rule of Civil Procedure 26 are hereby **VACATED**.

**IT IS SO ORDERED.**